IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

_____
                                        )
UNITED STATES OF AMERICA,     )
                                        )
       Plaintiff,                )
                                        )
       v.                   )      Civil Action No. 7:09-CV-00181-FL
                                        )
CORBETT PACKAGE COMPANY,    )
CORBETT FARMING COMPANY, d/b/a  )
CORBETT TIMBER COMPANY,       )
SANDRA C. HIATT,              )
J. LAWRENCE HIATT, JR.,         )
BARBARA C. OLSEN,            )
ROBERT THEODORE DAVIS, JR.,    )
JANE W. DAVIS,                )
MICHAEL CORBETT DAVIS,       )
CATHERINE W. DAVIS,          )
NANCY DAVIS KNIGHT,          )
JOSEPHINE C. HORTON,         )
ELSIE C. HATCH,               )
JOANNE K. CORBETT, as Trustee    )
under the will of Wilbur R. Corbett,  )
DAVID SCOTT CORBETT, as Trustee )
under the will of Wilbur R. Corbett,  )
RITA CORBETT HOWLE, as Trustee )
under the will of Waddell A. Corbett, and )
W. ALBERT CORBETT, JR., as Trustee )
Under the will of Waddell A. Corbett,   )
                                        )
       Defendants.             )
_____)

**MOTION GRANTED**

This 8th day of April, 2011

/s/Louise W. Flanagan
LOUISE W. FLANAGAN
United States District Judge

**JOINT MOTION TO TERMINATE CONSENT DECREE AND DISMISS ACTION**

      This Joint Motion to Terminate Consent Decree and Dismiss Action is made by and through

attorneys for Plaintiff United States of America and all Defendants, pursuant to Article XV, Section